UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORA M.,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>　　　　　　　　　　Defendant. | Case No.: 21cv1872-MSB<br><br>**ORDER GRANTING JOINT MOTION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)**<br><br>**[ECF NO. 22]** |

On September 29, 2022, the parties filed a "Joint Motion to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g)," in which they ask this Court to remand this case "back to the Social Security Administration pursuant to sentence four of 42 U.S.C. § 405(g)." (ECF No. 22.)  The parties contend that "[t]he purpose of the remand is to offer Plaintiff a new decision." (Id. at 1.)

Upon consideration, the Court **GRANTS** the joint motion and **REMANDS** this action to the Social Security Administration for further administrative proceedings. Pursuant to the parties' joint motion, upon remand "the Commissioner will consider all pertinent issues de novo, including, but not limited to, assessing Plaintiff's subjective statements; and issue a new decision." (Id. at 2.)  Judgment is entered in favor of

///

Plaintiff and against Defendant, reversing the final decision of the Commissioner. The Court **DIRECTS** the Clerk of Court to close the case.

**IT IS SO ORDERED.**

Dated: September 29, 2022

Honorable Michael S. Berg
United States Magistrate Judge